UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY LUPO,

    Plaintiff,

v.   Case No.  4:18cv513-RH-CJK

ROBERT CONNER,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On November 13, 2018, the undersigned entered an order (doc. 2) construing plaintiff's § 2241 petition as a civil rights complaint filed pursuant to 42 U.S.C. § 1983.  The undersigned directed the clerk of court to forward plaintiff a § 1983 complaint form and a form application to proceed *in forma pauperis* and allowed plaintiff 30 days in which to file either a notice of voluntary dismissal or § 1983 complaint and either pay the $400.00 fee or file a complete application to proceed *in forma pauperis*.  The undersigned advised that failure to timely comply with the order would result in dismissal of the case.

After more than 30 days passed and plaintiff had not complied, the undersigned entered an order (doc. 3) directing plaintiff to show cause within 14 days why this matter should not be dismissed for failure to prosecute and/or failure

to comply with an order of the court.  More than 14 days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 8th day of February, 2019.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:18cv513-RH-CJK